

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

Dennis H. Tracey, III
Partner
D  +1 212 918 3524
dennis.tracey@hoganlovells.com

March 14, 2024

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court Judge
Southern District of New York
U.S. Courthouse, 500 Pearl St.
New York, New York 10007-1312

    RE: *Champ Key Limited v. Canoo, Inc.*, No. 1:24-cv-00301-MMG – Letter-motion Requesting Adjournment of April 30, 2024 Initial Pretrial Conference to May 13, 14, or 15, 2024

Dear Judge Garnett:

We are counsel to Plaintiff Champ Key Limited and write to request an adjournment of the Initial Pretrial Conference currently scheduled for April 30, 2024 at 9:30AM.  Counsel for Plaintiff have a conflicting hearing set for the same date, and counsel for Defendant have trial scheduled to begin on April 24, 2024 that is likely to last two weeks.

All parties consent to an adjournment, and jointly propose May 13, 14, or 15, 2024 as alternative dates.

No previous requests for adjournment of the Initial Pretrial Conference have been made.

Respectfully submitted,

  */s/ Dennis H. Tracey, III*
Dennis H. Tracey, III

CC: All Counsel of Record (via ECF)

---

Application GRANTED.  The Initial Pretrial Conference is adjourned to **Tuesday, May 14, 2024, at 1:00 p.m.** in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The parties shall file their joint letter and proposed Civil Case Management Plan in accordance with Rule II(A)(5) of the Court's Individual Rules by **May 7, 2024**.

SO ORDERED.  Date: 3/18/2024.

HON. MARGARET M GARNETT
UNITED STATES DISTRICT JUDGE

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Berlin  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Shanghai FTZ.   Business Service Centers:  Johannesburg  Louisville.  For more information see www.hoganlovells.com